

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY,**
Appellant

v.

Edward James **GUIDRY,** Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

The appellee's brief was due on October 18, 2021. Neither the appellee's brief nor a motion for extension of time to file the appellee's brief has been filed. This appeal will be set "at issue" in ten days. If the appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed ***within ten (10) days*** from the date of this order, this appeal will be set for submission without an appellee's brief.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court